Case 4:25-cr-00393   Document 1   Filed 07/22/25 in TXSD   Page 1 of 16

United States Courts
Southern District of Texas
FILED

*July 22, 2025*

Nathan Ochsner, Clerk of Court

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>**(1) RONIE M. FURIGAY**,<br>   a.k.a. "RO,"<br><br>**(2) JULIAN A. POLK**,<br>   a.k.a. "RAMBO,"<br><br>**(3) SIDNEY JENKINS**,<br><br>   and<br><br>**(4) ASIA EDWARDS**,<br><br>              Defendants. | Case No. **4:25-cr-0393**<br><br>**COUNT ONE**<br>*Conspiracy*<br>18 U.S.C. §§ 371 & 924(a)(1)(A)<br>NMT 5 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class D Felony<br><br>**COUNT TWO**<br>*Unlicensed Firearm Sales*<br>18 U.S.C. §§ 922(a)(1)(A) § 2<br>NMT 5 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class D Felony<br><br>**COUNTS THREE TO SEVENTEEN**<br>*False Statement to a Federal Firearms Licensee*<br>18 U.S.C. §§ 924(a)(1)(A) & 2<br>NMT 5 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class D Felony<br><br>**FORFEITURE ALLEGATION**<br>18 U.S.C. § 924(d)<br><br>$100 Special Assessment (Each Count) |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*(Conspiracy)*

At all times material to this Indictment:

1

## A. BACKGROUND AND DEFINITIONS

1. Under the Gun Control Act, a "firearms dealer" is any person engaged in the business of selling, renting, leasing, or loaning firearms. The Gun Control Act states that no person shall deal in firearms until he or she has filed an application to do so with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and received a Federal Firearms License ("FFL") issued by the ATF. Each Federal Firearms Licensee (hereinafter "licensed dealer" or "FFL") must maintain records of the receipt, sale, or other disposition of firearms at their place of business as long as the business is in operation. Upon the closing of such business, the FFL must forward all of the required firearms records to the ATF Out of Business Section where they are maintained indefinitely.

2. The Gun Control Act requires that each FFL must maintain in a bound book the record of every firearm receipt, sale, or other disposition. Such record must include the name and address of the person to whom the dealer sells or otherwise disposes of any firearm. The ATF may inspect the premises, inventory, and record keeping requirements, or trace a firearm sold by the FFL that was later recovered in a crime.

3. ATF Form 4473 (hereafter "Form 4473") is a document used and maintained by the FFL to create a written record of each firearm sale or disposition. Form 4473 is completed in part by the FFL and in part by the firearms purchaser at the time a firearm is sold or otherwise disposed of. Form 4473 memorializes that an FFL has taken all precautions required by the ATF and their license to ensure they do not transfer a firearm to a person who is prohibited from possessing it. Accordingly, among other things, Form 4473 also requires that the purchaser truthfully answer a series of questions about the firearms transaction.

4. One important question asked of the firearms purchaser is, "Are you the actual buyer of the firearm(s) listed on this form?" The block on Form 4473 containing this question goes on to warn that, "You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." The Form 4473 certification section reemphasizes "I understand that answering 'yes' to question 21a, if I am not the actual transferee/buyer, is a crime punishable as a felony under Federal law and may also violate state and/or local law." FFLs must keep each executed Form 4473 at their place of business and must make them available to the ATF for inspection.

5. The purpose of the Form 4473 is threefold. The first is to cause FFLs and prospective firearm purchasers alike to take note of any legal impediments to the consummation of a firearms sale before deciding to proceed. The second is to acquire sufficient information about the purchaser to enable the Federal Bureau of Investigation (hereafter "FBI"), through its National Instant Background Checking System (hereafter "NICS"), to perform a criminal history check of the purchaser to verify he or she is not prohibited from possessing a firearm on account of a prior felony conviction or status as an illegal alien, among several other prohibitions. The third purpose of ATF Form 4473 is to create a traceable record of the sale of a firearm, which permits law enforcement officers in an ongoing criminal investigation involving a firearm to trace the firearm to its last-known purchaser.

6. The information provided by the purchaser of a firearm on Form 4473 must be true and accurate. It is a felony offense for any person to knowingly provide false information on a Form 4473.

## B. OBJECTS OF THE CONSPIRACY

7. Beginning on an unknown date, but no later than in or about October 2023, and continuing thereafter until the date of this Indictment, in the Southern District of Texas, and elsewhere, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"**

**JULIAN A. POLK, a.k.a. "RAMBO,"**

**SIDNEY JENKINS**, and

**ASIA EDWARDS**,

did knowingly combine, conspire, confederate, and agree with one another and others, both known and unknown to the Grand Jury, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of that term in Chapter 44 of Title 18 of the United States Code, to knowingly make false written statements and representations to licensed firearms dealers with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the respective licensed dealers in that the conspirators, represented on ATF Forms 4473 that they were the actual buyers of the firearms, when in fact, as the defendants knew, they were not the actual buyers of the firearms, in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1)(D).

## C. MANNER AND MEANS OF THE CONSPIRACY

8. It was part of the conspiracy that the defendants and their conspirators, both known and unknown to the Grand Jury:

   a. Directed, oversaw, coordinated, facilitated, and personally engaged in the purchase of firearms from FFL dealers and falsely represented to the FFL dealers on ATF Form 4473 that they were the actual buyers of the firearms, when in fact they were not.

  b.  Solicited and recruited individuals not otherwise prohibited from purchasing firearms to acquire firearms from FFL dealers for the conspiracy, with said individuals then falsely representing that they were the actual buyers of the firearms on ATF Form 4473.

  c.  Devoted time, attention, and labor to selling the firearms for the purpose of realizing profit through the repeated acquisition and sale of firearms, and utilized social media to advertise the firearms for sale.

### D. OVERT ACTS

9. In furtherance of and to affect the objectives of the conspiracy, and to accomplish its purposes and objectives, the defendants and others, both known and unknown to the Grand Jury, committed and caused to be committed the following overt acts, among others, in the Southern District of Texas: the unlicensed firearm sales and false statements with respect to records required to be maintained by federal firearms licensed dealers undertaken in furtherance of the conspiracy and to accomplish the object of the conspiracy, as set forth in Counts Two through Seventeen.

 All in violation of Title 18, United States Code, Section 371.

### COUNT TWO
*(Unlicensed Firearm Sales)*

10. Beginning on an unknown date, but no later than in or about October 2023, and continuing thereafter until the date of this Indictment, said dates being approximate, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO," and**

**JULIAN A. POLK, a.k.a. "RAMBO,"**

aiding abetting one another and others, both known and unknown to the Grand Jury, not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in and manufacturing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

## COUNT THREE
*(Making a False Statement to Federal Firearms Licensee)*

11. On or about October 30, 2023, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**JULIAN A. POLK, a.k.a. "RAMBO,"**

each aided and abetted by the other, did knowingly make a false statement and representation to Bayou Pawn, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bayou Pawn, in that the defendants acquired a firearm, that is, a Glock brand, 19 model, nine-millimeter handgun bearing serial number CABA790; a Glock brand, 17 model, nine-millimeter handgun bearing serial number BBVT408; and a Glock brand, 27 model, .40-caliber handgun bearing serial number BYAF880, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT FOUR
*(Making a False Statement to Federal Firearms Licensee)*

12. On or about November 4, 2023, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

6

**JULIAN A. POLK, a.k.a. "RAMBO,"**

each aided and abetted by the other, did knowingly make a false statement and representation to Academy Sports + Outdoors, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports + Outdoors, in that the defendants acquired a firearm, that is, a Glock brand, 23 model, .40-caliber bearing serial number CAKS811; and a Glock brand, 19 model, nine-millimeter handgun bearing serial number CBKY555, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT FIVE
*(Making a False Statement to Federal Firearms Licensee)*

13. On or about November 4, 2023, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**JULIAN A. POLK, a.k.a. "RAMBO,"**

each aided and abetted by the other, did knowingly make a false statement and representation to Collectors Firearms, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Collectors Firearms, in that the defendants acquired a firearm, that is, a Glock brand, 27 model, .40-caliber handgun bearing serial number KSP785145, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of

the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT SIX
*(Making a False Statement to Federal Firearms Licensee)*

14. On or about November 9, 2023, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**JULIAN A. POLK, a.k.a. "RAMBO,"**

each aided and abetted by the other, did knowingly make a false statement and representation to Cash America Pawn, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Cash America Pawn, in that the defendants acquired a firearm, that is, a Glock brand, 23 model, .40-caliber handgun bearing serial number BPAF842; and a Glock brand, 23 model, .40-caliber pistol bearing serial number HRX107, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT SEVEN
*(Making a False Statement to Federal Firearms Licensee)*

15. On or about November 24, 2023, in the Southern District of Texas, the defendant,

**JULIAN A. POLK, a.k.a. "RAMBO,"**

did knowingly make a false statement and representation to Valu + Pawn, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Valu

+ Pawn, in that the defendant acquired a firearm, that is, a Glock brand, 19X model, nine-millimeter handgun bearing serial number BWZV577; a Glock brand, 19X model, nine-millimeter handgun bearing serial number BWZW863; and a Glock brand, 27 model, .40-caliber pistol bearing serial number BXDN275, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT EIGHT
*(Making a False Statement to Federal Firearms Licensee)*

16.     On or about December 7, 2023, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**JULIAN A. POLK, a.k.a. "RAMBO,"**

each aided and abetted by the other, did knowingly make a false statement and representation to Mike's Pawn, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mike's Pawn, in that the defendants acquired a firearm, that is, a Glock brand, 26 model, nine-millimeter handgun bearing serial number AHAK367; and a Glock brand, 19 model, nine-millimeter handgun bearing serial number BMFT055, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT NINE
*(Making a False Statement to Federal Firearms Licensee)*

17. On or about December 11, 2023, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO," and**

**JULIAN A. POLK, a.k.a. "RAMBO,"**

each aided and abetted by the other, did knowingly make a false statement and representation to Mike's Pawn, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mike's Pawn, in that the defendants acquired a firearm, that is, a Glock brand, 26 model, nine-millimeter handgun bearing serial number AGBP040, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT TEN
*(Making a False Statement to Federal Firearms Licensee)*

18. On or about December 19, 2023, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO," and**

**JULIAN A. POLK, a.k.a. "RAMBO,"**

each aided and abetted by the other, did knowingly make a false statement and representation to Collectors Firearms, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Collectors Firearms, in that the defendants acquired a firearm, that is, a Century Arms brand, BFT47 model, 7.62x39-caliber rifle bearing serial number

BFT47011216; a Century Arms brand, BFT47 model, 7.62x39-caliber rifle bearing serial number BFT47011336; a Century Arms brand, BFT47 model, 7.62x39-caliber rifle bearing serial number BFT47012028; and a Beretta brand, 80X Cheetah model, .380-caliber handgun bearing serial number Y016641X, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT ELEVEN
*(Making a False Statement to Federal Firearms Licensee)*

19.     On or about December 20, 2023, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**JULIAN A. POLK, a.k.a. "RAMBO,"**

each aided and abetted by the other, did knowingly make a false statement and representation to Mike's Pawn, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mike's Pawn, in that the defendants acquired a firearm, that is, a Glock brand, 22 model, .40-caliber handgun bearing serial number VGK821; a Glock brand, 17 model, nine-millimeter handgun bearing serial number BBHG557; and a Smith & Wesson brand, M&P 380 Shield EZ model, .380-caliber handgun bearing serial number RDX9855, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT TWELVE
*(Making a False Statement to Federal Firearms Licensee)*

20. On or about February 28, 2024, in the Southern District of Texas, the defendants,

**JULIAN A. POLK, a.k.a. "RAMBO,"** and

**SIDNEY JENKINS**,

each aided and abetted by the other, did knowingly make a false statement and representation to EZ Pawn, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of EZ Pawn, in that the defendants acquired a firearm, that is, a Glock brand, 27 model, .40-caliber handgun bearing serial number BSME202; and a Glock brand, 26 model, nine-millimeter handgun bearing serial number BPCD203, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT THIRTEEN
*(Making a False Statement to Federal Firearms Licensee)*

21. On or about May 3, 2024, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**ASIA EDWARDS**,

each aided and abetted by the other, did knowingly make a false statement and representation to Sunbelt Jewelry & Loan, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sunbelt Jewelry & Loan, in that the defendants

acquired a firearm, that is, a Glock brand, 23 model, .40-caliber handgun bearing serial number MBV906; a Glock brand, 19 model, nine-millimeter handgun bearing serial number BHSS652; and a Glock brand, 19 model, nine-millimeter handgun bearing serial number CAYK831, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (s)he was the actual buyer of the aforementioned firearm, whereas in truth and in fact (s)he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT FOURTEEN
*(Making a False Statement to Federal Firearms Licensee)*

22.     On or about May 4, 2024, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**ASIA EDWARDS**,

each aided and abetted by the other, did knowingly make a false statement and representation to Sunbelt Jewelry & Loan at 12240 Murphy Road, Suite #D, Stafford, Texas, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sunbelt Jewelry & Loan, in that the defendants acquired a firearm, that is, a Glock brand, 10 model, nine-millimeter handgun bearing serial number BRUK942, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (s)he was the actual buyer of the aforementioned firearm, whereas in truth and in fact (s)he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT FIFTEEN
*(Making a False Statement to Federal Firearms Licensee)*

23. On or about May 4, 2024, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**ASIA EDWARDS**,

each aided and abetted by the other, did knowingly make a false statement and representation to Sunbelt Jewelry & Loan at 217 N. Loop West, Houston, Texas, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sunbelt Jewelry & Loan, in that the defendants acquired a firearm, that is, a Glock brand, 27 model, .40-caliber handgun bearing serial number BXAU516, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (s)he was the actual buyer of the aforementioned firearm, whereas in truth and in fact (s)he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT SIXTEEN
*(Making a False Statement to Federal Firearms Licensee)*

24. On or about May 4, 2024, in the Southern District of Texas, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"** and

**ASIA EDWARDS**,

each aided and abetted by the other, did knowingly make a false statement and representation to Sunbelt Jewelry & Loan at 3411 Ella Boulevard, Houston, Texas, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sunbelt

Jewelry & Loan, in that the defendants acquired a firearm, that is, a Glock brand, 23 model, .40-caliber handgun bearing serial number BPAF732, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (s)he was the actual buyer of the aforementioned firearm, whereas in truth and in fact (s)he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## COUNT SEVENTEEN
*(Making a False Statement to Federal Firearms Licensee)*

25.  On or about October 29, 2024, in the Southern District of Texas, the defendant,

**JULIAN A. POLK, a.k.a. "RAMBO,"**

did aid and abet and knowingly make a false statement and representation to Cash America Pawn, 3509 East Little York Road, Houston, Texas, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Cash America Pawn, in that the defendants acquired a firearm, that is, a HS Produkt brand, Hellcat model, nine-millimeter handgun bearing serial number BA174456, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that (s)he was the actual buyer of the aforementioned firearm, whereas in truth and in fact (s)he was not the actual buyer of the firearm, in violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2.

## NOTICE OF CRIMINAL FORFEITURE

26.  The allegations contained in Counts One through Seventeen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18 United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

27. Upon conviction of offenses in violation of Title 18, United States Code, Sections 924 and 371, as set forth in Counts One through Seventeen of this Indictment, the defendants,

**RONIE M. FURIGAY, a.k.a. "RO,"**

**JULIAN A. POLK, a.k.a. "RAMBO,"**

**SIDNEY JENKINS**, and

**ASIA EDWARDS**,

shall forfeit to the United States pursuant to Title 18 United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

**A TRUE BILL.**

**NICHOLAS J. GANJEI**
United States Attorney

Original Signature on File
_____
**FOREPERSON OF THE GRAND JURY**

_____
**BYRON H. BLACK**
Assistant United States Attorney
Southern District of Texas

DATED: July 22, 2025
               Houston, Texas